FILED
GREAT FALLS DIV.

2008 OCT 22 PM 12 37

PATRICK E. DUFFY, CLERK
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| JOSEPH R. MARSHALL,<br><br>                      Petitioner,<br><br>vs.<br><br>MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>                      Respondents. | No. CV 08-60-GF-SEH<br><br>**ORDER** |

On October 1, 2008, United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter.[1] Petitioner Joseph R. Marshall, proceeding *pro se*, filed objections on October 14, 2008. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Judge Strong found that: 1) this court is without jurisdiction to consider a second petition under §2254; 2) the petition should be transferred to the United States Court of Appeals for the

---

[1] Docket No. 4.

Ninth Circuit. Upon *de novo* review of the record, I adopt in full the Findings and Recommendation of Magistrate Judge Strong.

ORDERED:

1. Marshall's second Petition for Writ of Habeas Corpus[2] is TRANSFERRED to the United States Court of Appeals for the Ninth Circuit.

2. The motion to proceed *in forma pauperis*[3] is DENIED AS MOOT.

DATED this 22nd day of October, 2008.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.

[3] Docket No. 2.